1  Randall K. Edwards, Nevada Bar No. 203
2  **Randall K. Edwards, PLLC**
   The Kearns Building
3  136 South Main Street, Suite 700
   Salt Lake City, Utah  84101
4  (801) 328-0300 (office)
   (801) 328-4822 (facsimile)
5  email*: randall@randallkedwards.com*

6  Attorneys for Plaintiffs

7             IN THE UNITED STATES DISTRICT COURT

8                    IN AND FOR NEVADA

| | |
|---|---|
| 9  K.A., a minor, by and through his mother and natural guardian, JASMYNE BORDEN and as heir to JOE MICHAEL ASHDOWN, deceased; JASMYNE BORDEN, as heir to JOE MICHAEL ASHDOWN; and ESTATE OF JOE MICHAEL ASHDOWN, deceased, by and through JASMYNE BORDEN, widow of Joe Michael Ashdown and executor of the Estate of Joe Michael Ashdown, deceased, | **JOINT MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF JASMYNE BORDEN, INDIVIDUALLY**<br><br>CIVIL NO.:  3:13-CV-278-RCJ-WGC<br><br>JUDGE:        ROBERT C. JONES<br><br>MAGISTRATE: WILLIAM G. COBB |
|         Plaintiffs, <br> v. <br><br> NEWMONT USA LIMITED, a Delaware corporation,  and DOES 1-10, <br><br>         Defendant. | |

        Plaintiffs, by and through their counsel of record, Randall K. Edwards, PLLC, and

Defendant, by and through its counsel, Bullard, Brown & Beal, LLP, hereby stipulate and

jointly move that all individual claims brought by JASMYNE BORDEN, as heir to JOE

MICHAEL ASHDOWN only, be dismissed with prejudice, and that the caption of the case so

reflect such dismissal.

        It is further stipulated that this dismissal shall not apply to the claims of 1)  K.A., a

minor, by and through his mother and natural guardian, JASMYNE BORDEN, and as heir to JOE

MICHAEL ASHDOWN, deceased; and/ or 2) ESTATE OF JOE MICHAEL ASHDOWN,

RANDALL K.
EDWARDS
ATTORNEY AT LAW
136 S. MAIN, STE 700
SLC, UT 84101

1    deceased, by and through JASMYNE BORDEN, Executor of the Estate of Joe Michael Ashdown,

2    deceased.

3        The parties jointly move and stipulate that only those claims brought individually by

4    JASMYNE BORDEN, as heir to JOE MICHAEL ASHDOWN, be dismissed hereby.

5                        RANDALL K. EDWARDS, PLLC

6

7                        */s/ Randall K. Edwards*
                         By:  Randall K. Edwards

8                          Attorneys for Plaintiffs

9                        BULLARD, BROWN & BEAL, LLP

10

11                        */s/ Jeremy E. Beal*
                       By: Jeremy E. Beal

12                        Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RANDALL K.
EDWARDS
ATTORNEY AT LAW
136 S. MAIN, STE 700
SLC, UT 84101

JOINT MOTION AND ORDER TO DISMISS INDIVIDUAL CLAIMS OF JASMYNE BORDEN ONLY

**ORDER**

The Court, having reviewed the Joint Motion that all individual claims brought by JASMYNE BORDEN, as heir to JOE MICHAEL ASHDOWN only, be dismissed with prejudice, and that the caption of the case so reflect such dismissal, and good cause appearing, said motion is GRANTED.

Accordingly, it is hereby ordered that all individual claims brought by JASMYNE BORDEN, as heir to JOE MICHAEL ASHDOWN only, be, and the same hereby are, DISMISSED WITH PREJUDICE, and that the caption of the case shall hereafter reflect such dismissal.

It is further ordered that this dismissal shall not apply to any of the following:

1) The claims of K.A., a minor, by and through his mother and natural guardian, JASMYNE BORDEN and as heir to JOE MICHAEL ASHDOWN, deceased; and/or

2) The claims of the ESTATE OF JOE MICHAEL ASHDOWN, deceased, by and through JASMYNE BORDEN, Executor of the Estate of Joe Michael Ashdown, deceased.

Only those claims brought individually by JASMYNE BORDEN, as heir to JOE MICHAEL ASHDOWN, are dismissed hereby.

IT IS SO ORDERED.

Dated this 15th day of July, 2014.

ROBERT C. JONES

JOINT MOTION AND ORDER TO DISMISS INDIVIDUAL CLAIMS OF JASMYNE BORDEN ONLY